ORIGINAL

RECEIVED
APR 14 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
XIANLI ZHANG, CHUMHONG CAO, MIN GAO, GUIMIN LU, AND VORAPUL WILAILUK,
for themselves and on behalf of a class of persons similarly situated,
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Marc K. Sellers

Firm Name: Schwabe, Williamson & Wyatt, P.C.

08-269 T

Post Office Box:

Street Address: 1211 S.W. Fifth Avenue, Stes. 1600-1900

City-State-Zip: Portland, OR 97204-3795

Telephone & Facsimile Numbers: (503) 222-9981

Is the attorney of record admitted to the Court of Federal Claims Bar? [X] Yes [ ] No

Does the attorney of record have a Court of Federal Claims ECF account? [X] Yes [ ] No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 0 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ More than $5,000,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? [ ] Yes [X] No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? [ ] Yes [ ] No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? [ ] Yes [X] No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.