IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-269 T
(Judge Christine O.C. Miller)

XIANLI ZHANG, CHUMHONG CAO, MIN GAO, GUIMIN LU,
and VORAPUL WILAILUK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 60-day enlargement of time, from June 13 through August 12, 2008, inclusive, within which to file its answer. This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiffs' attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states that the Internal Revenue Service (IRS) attorney assigned to this case must coordinate the IRS's legal position with four components of the Chief Counsel's office before sending the IRS's recommendations for defense of the case, as required by 28 U.S.C. § 520. The defendant cannot respond to the substance of the complaint until it receives the IRS's recommendation. The IRS attorney is optimistic that he

will have forwarded both the necessary administrative files and the IRS's recommendation within the time sought.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

s/ G. Robson Stewart

May 30, 2008