**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
**David W. Axelrod, OSB # 750231**
E-mail: daxelrod@schwabe.com
**Connie C. Kong, OSB # 076784**
E-mail: ckong@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiffs

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**XIANLI ZHANG, GUIMIN LU, BAO HUA HE, BAOWEI DING and JILIN HU**, for themselves and on behalf of a class or classes of persons similarly situated,

Plaintiffs,

vs.

**UNITED STATES OF AMERICA**,

Defendant.

No. 08-269 T
(Judge Christine O.C. Miller)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS FOR RELIEF BY CHUMHONG CAO, MIN GAO, MD. ABUL KASHEM, and VORAPUL WILAILUK**

Pursuant to RCFC Rule 41(a)(1)(A), Plaintiffs Chumhong Cao, Min Gao, MD. Abul Kashem, and Vorapul Wilailuk hereby dismiss, without prejudice, the claim or claims asserted

by or on behalf of each dismissing Plaintiff in the First Amended Complaint.

DATED: July 29, 2008.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Marc K. Sellers
Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981